**In re the Marriage of Linda Lou WHITE, Respondent,**

v.

**Raymond Michael LINDSEY, Sr., Appellant.**

**No. 59704.**

Missouri Court of Appeals,
Eastern District,
Southern Division.

Dec. 3, 1991.

Dennis E. McIntosh, Farmington, for appellant.

Daniel P. Fall, Fredericktown, for respondent.

ORDER

PER CURIAM.

Father appeals the trial court's denial of his motion to transfer physical custody of his minor child to him from the child's mother. We affirm. The findings and conclusions of the trial court are not clearly erroneous, and an extended opinion would

serve no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).